ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc, Alternative Loan Trust 2005-44, Mortgage Pass-Through Certificates, Series 2005-44*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC, ALTERNATIVE LOAN TRUST 2005-44 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-44;<br><br>Plaintiff,<br><br>vs.<br><br>HIGH NOON AT ARLINGTON RANCH HOMEOWNER'S ASSOCIATION and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00332-GMN-GWF<br><br>**JOINT STIPULATION AND ORDER TO LIFT STAY** |

46489072;1

1

SFR INVESTMENTS POOL 1, LLC,

                Counter/Cross Claimant

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-44, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-44; and LES P. TAYLOR, an individual,

       Plaintiff The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-44, Mortgage Pass-Through Certificates, Series 2005-44, Defendant High Noon at Arlington Ranch Homeowners Association and Defendant SFR Investments Pool 1, LLC stipulates as follows:

       1.      The Nevada Supreme Court answered the certified question in case no. 72931 on August 2, 2018.

       2.      The parties stipulate to lift the stay previously entered by this court as ECF No. 26.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

46489072;1

3. The parties stipulate that a proposed discovery plan and scheduling order shall be filed within fifteen (15) days after the order approving this stipulation is entered.

DATED this 24th day of September, 2018.

| **AKERMAN LLP** | **GORDON & REES LLP** |
|---|---|
| /s/*Tenesa S. Powell, Esq.*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc, Alternative Loan Trust 2005-44, Mortgage Pass-Through Certificates, Series 2005-44* | /s/Brian K. Walters, Esq.<br>ROBERT S. LARSEN, ESQ.<br>Bar No. 7785<br>BRIAN K. WALTERS, ESQ.<br>Nevada Bar No. 9711<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for High Noon at the Arlington Ranch Homeowners Association* |
| **KIM GILBERT EBRON**<br><br>/s/Diana S. Ebron, Esq.<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 9578<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

**IT IS SO ORDERED**

Dated this __25__ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3

46489072;1