ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff/Counter-Defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-44, Mortgage Pass-Through Certificates, Series 2005-44*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-44 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-44;<br><br>Plaintiff,<br>vs.<br><br>HIGH NOON AT ARLINGTON RANCH HOMEOWNER'S ASSOCIATION and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00332-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION**<br><br>**(FIRST REQUEST)** |

1

48889258;1

SFR INVESTMENTS POOL 1, LLC,

          Counter/Cross Claimant

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-44, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-44; and LES P. TAYLOR, an individual,

## **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION**

Plaintiff/Counter-Defendant The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-44, Mortgage Pass-Through Certificates, Series 2005-44 (**BoNYM**), Defendant High Noon at Arlington Ranch Homeowners Association (**HOA**), and Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC (**SFR**) (collectively, the **parties**), stipulate as follows:

1. BoNYM filed its motion for summary judgment on April 24, 2019. [ECF No. 43]. HOA filed its motion for summary judgment on April 24, 2019 [ECF No. 44]. SFR filed its motion for summary judgment on April 24, 2019 [ECF No. 46]. The Parties responses are currently due on May 15, 2019.

2. The parties hereby stipulate and agree to fourteen (14) additional days to file responses. The new deadline for the parties to file their oppositions to motion for summary judgment shall be **May 29, 2019**.

. . .

. . .

. . .

. . .

. . .

. . .

2

48889258;1

3. The parties request additional time to file their responses to allow time to fully address the arguments presented in the motions. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

DATED this 14th day of May, 2019.

| **AKERMAN LLP** | **GORDON & REES LLP** |
|---|---|
| /s/*Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-44, Mortgage Pass-Through Certificates, Series 2005-44* | /s/ *Brian K. Walters*<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>BRIAN K. WALTERS, ESQ.<br>Nevada Bar No. 9711<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for High Noon at the Arlington Ranch Homeowners Association* |
| **KIM GILBERT EBRON**<br><br>/s/ *Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

DATED this __15__ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3

48889258;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572