ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
BRIAN K. WALTERS, ESQ.
Nevada Bar No. 9711
GORDON REES SCULLY MANSUKHANI, LLP
300 So. Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9310
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
bwalters@grsm.com

*Attorneys for High Noon at Arlington Ranch Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BAN OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-44, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-44,<br><br>Plaintiff,<br><br>vs.<br><br>HIGH NOON AT ARLINGTON RANCH HOMEOWNER'S ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BAN OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-44, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-44; and LES TAYLOR, an individual,<br><br>Counter/Cross-Defendant. | Case No.: 2:17-CV-00332-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Plaintiff The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-44, Mortgage Pass-Through Certificates, Series 2005-44 ("BNYM"), Defendant/Counter/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant High Noon at Arlington Ranch Homeowners Association ("HOA") stipulate as follows:

1. The HOA filed its Motion for Summary Judgment on April 24, 2019. [ECF No. 44].

2. BNYM filed its Motion for Summary Judgment against SFR on April 24, 2019. [ECF No. 43].

3. SFR filed its Motion for Summary Judgment against BNYM on April 24, 2019. [ECF No. 48].

4. On May 14, 2019, the parties stipulated to extend time to respond to the motions for summary judgment. [ECF No. 52]. The Court entered an order based on the parties' stipulation extending the deadline to respond to motion for summary judgment to May 29, 2019. [ECF No. 53].

5. The parties request additional time to file their responses to allow time to fully address the arguments presented in the motions. Specifically, the parties request an additional 14 days for briefing.

6. The parties hereby stipulate and agree to extend the time for responses to motions for summary judgment. The new deadline to file responses shall be June 10, 2019.

///
///
///
///
///
///
///

7. This is the second request for an extension of this deadline and is not made for purposes of undue delay.

DATED this 29th day of May, 2019.

AKERMAN, LLP

*/s/ Tenesa S. Powell*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Tenesa S. Powell, Esq.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff*

DATED this 29th day of May, 2019.

KIM GILBERT EBRON

*/s/ Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 29th day of May, 2019

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Brian K. Walters*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Brian K. Walters, Esq.
Nevada Bar No. 9711
300 So. Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for High Noon at Arlington Ranch Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

DATED this 5 day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

-3-