ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
BRIAN K. WALTERS, ESQ.
Nevada Bar No. 9711
GORDON REES SCULLY MANSUKHANI, LLP
300 So. Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9310
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
bwalters@grsm.com

*Attorneys for High Noon at Arlington Ranch Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BAN OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-44, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-44,<br><br>Plaintiff,<br><br>vs.<br><br>HIGH NOON AT ARLINGTON RANCH HOMEOWNER'S ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BAN OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-44, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-44; and LES TAYLOR, an individual,<br><br>Counter/Cross-Defendant. | Case No.: 2:17-CV-00332-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

1   Plaintiff The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the
2   Certificateholders CWALT, Inc., Alternative Loan Trust 2005-44, Mortgage Pass-Through
3   Certificates, Series 2005-44 ("BNYM"), by and through its attorney of record Ariel L. Stern,
4   Esq. and Tenesa Powell, Esq., with the law office of AKERMAN LLP and Defendant High
5   Noon at Arlington Ranch Homeowners Association ("HOA") by and through its attorneys Robert
6   S. Larsen, Esq, and Brian K. Walters, Esq., with the law office of GORDON REES SCULLY
7   MANSUKHANI, LLP, hereby stipulate and agree as follows:

8   1.   On February 2, 2017, BNYM filed a complaint in which it asserted causes of
9   action against HOA for Quiet Title/ Declaratory Judgment; Breach of NRS 116; and Wrongful
10  Foreclosure [ECF No. 1];

11  2.   On April 24, 2019, BNYM filed a Motion for Summary Judgment [ECF No. 43];

12  3.   On April 24, 2019, HOA filed a Motion for Summary Judgment [ECF No. 44];

13  4.   BNYM and HOA now stipulate and agree as follows:

14      a.   BNYM hereby dismisses its Complaint [ECF No. 1] and all causes of
15  action alleged against HOA therein against HOA without prejudice;

16      b.   HOA contends that BNYM's causes of action for Breach of NRS 116 and
17  Wrongful Foreclosure are time barred [ECF No. 44]; BNYM contends that said causes of action
18  were timely;

19      c.   HOA agrees that any applicable statutes of limitation and/or repose related
20  to BNYM's causes of action for Breach of NRS 116 and Wrongful Foreclosure are tolled to the
21  extent said causes of action were previously filed within the applicable statute of limitations
22  and/or repose.  This stipulation is not to be construed in any way as a renewal of any claims that
23  were or are already time barred;

24      d.   HOA agrees to be bound by the judgment of the Court as it relates to
25  BNYM's cause of action for Quiet Title/ Declaratory Judgment.

26  ///
27  ///
28  ///

**Gordon Rees Scully Mansukhani, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

5. This stipulation is intended to resolve all of the claims between BNYM and HOA without prejudice. Each party agrees to bear its own fees and costs incurred in this matter.

**IT IS SO STIPULATED.**

DATED this 10th day of June, 2019.

AKERMAN, LLP

*/s/ Tenesa S. Powell*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Tenesa S. Powell, Esq.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff*

DATED this 10th day of June, 2019

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Brian K. Walters*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Brian K. Walters, Esq.
Nevada Bar No. 9711
300 So. Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for High Noon at Arlington Ranch Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

DATED this 20 day of June, 2019.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT