ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff/Counter-Defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-44, Mortgage Pass-Through Certificates, Series 2005-44*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-44 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-44; <br><br> Plaintiff, <br> vs. <br><br> HIGH NOON AT ARLINGTON RANCH HOMEOWNER'S ASSOCIATION and SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.: 2:17-cv-00332-GMN-GWF <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES TO MOTIONS FOR SUMMARY JUDGMENT** <br><br> (FIRST REQUEST) |

1

49269575;1

SFR INVESTMENTS POOL 1, LLC,

                Counter/Cross Claimant

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-44, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-44; and LES P. TAYLOR, an individual,

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES TO MOTION**

Plaintiff/Counter-Defendant The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-44, Mortgage Pass-Through Certificates, Series 2005-44 (**BoNYM**) and Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC (**SFR**) (collectively, the **parties**), stipulate as follows:

1. BoNYM filed its motion for summary judgment on April 24, 2019. [ECF No. 43]. SFR filed its motion for summary judgment on April 24, 2019 [ECF No. 46].

2. BoNYM filed its response motion for summary judgment on June 10, 2019 [ECF No. 58]. SFR filed its response to motion for summary judgment on June 10, 2019 [ECF No. 59].

3. The parties hereby stipulate and agree to seven (7) additional days to file replies. The new deadline for the parties to file their replies in support to motion for summary judgment shall be **July 1, 2019**.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

49269575;1

4. This is the first request for an extension of this deadline and is not made for purposes of undue delay, but is requested to allow counsel time to meaningfully respond to the arguments raised in the summary judgment briefing.

DATED this 24th day of June, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/*Tenesa S. Powell, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA S. POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-44, Mortgage Pass-Through Certificates, Series 2005-44* | /s/*Diana S. Ebron, Esq.* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

DATED this 30 day of June, 2019.

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT JUDGE**

3

49269575;1